941 A.2d 1261

COMMONWEALTH of Pennsylvania, Respondent,

v.

Mark DEDMON, Petitioner.

No. 183 EM 2007.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application for Leave to File a Petition for Allowance of Appeal Nunc Pro Tunc and the Motion for Appointment of Counsel are denied.